```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


XL DYNAMICS, INC,                         No   C-06-0319 VRW

          Plaintiff,
                                               ORDER OF RECUSAL
          v

GMAC-RFC HOLDING CORP, et al,

          Defendants,

AND ALL RELATED CROSS ACTIONS

     _____/


          TO ALL PARTIES AND COUNSEL OF RECORD:

          I, the undersigned judge of the court, finding myself
disqualified in the above-entitled action, hereby recuse myself from
this case and request that the case be reassigned pursuant to the
provisions of paragraph E.2 of the Assignment Plan.
          All pending dates of motions, case management conferences
and trial are hereby vacated and will be reset by the newly assigned
judge.


          IT IS SO ORDERED.



                                  VAUGHN R WALKER
                                  United States District Chief Judge
```