1 Jonah D. Mitchell (SBN 203511)
Adaline J. Hilgard (SBN 173213)
2 REED SMITH LLP
Two Embarcadero Center, Suite 2000
3 San Francisco, CA 94111-3922
Telephone: 415.543.8700
4 Facsimile: 415.391.8269

5 Stuart A. Shanus (SBA 188046)
Christine M. Reilly (SBN 226388)
6 REED SMITH LLP
1901 Avenue of the Stars, Suite 700
7 Los Angeles, CA 90067-6078
Telephone: 213.734.5200
8 Facsimile: 213.734.5299

9 Attorneys for Defendants GMAC-RFC Holding
Corp.and Homecomings Financial Network,
10 Inc., and Defendant/Counterclaimant Residential
Funding Corporation

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 XL DYNAMICS, INC., a California corporation, | No.: C 06-00319 SBA |
| 15 Plaintiff, | **STIPULATION AND ORDER RE FILING OF THIRD AMENDED COMPLAINT, RESPONSE TO THIRD AMENDED COMPLAINT AND RESPONSE TO CROSS-COMPLAINT** |
| 16 vs. | |
| 17 GMAC-RFC HOLDING CORP., a Michigan corporation; HOMECOMINGS FINANCIAL NETWORK, INC., a California company; RESIDENTIAL FUNDING CORPORATION; and DOES 1 through 20, inclusive, | |
| 18 | Honorable Saundra Brown Armstrong |
| 19 Defendants. | |
| 20 | |
| 21 RESIDENTIAL FUNDING CORPORATION, a Delaware corporation,, | |
| 22 Counterclaimant, | |
| 23 vs. | |
| 24 XL DYNAMICS, INC., a California corporation; PAVAN AGARWAL, an individual; and ROES 1 through 20, inclusive, | |
| 25 | |
| 26 Counterdefendant. | |
| 27 | |
| 28 | |

No.: C 06-00319 SBA                                A:\Stip and PO Re Filing of 3rd Amd Complaint.doc 2/8/06 12:28 PM

STIPULATION AND [PROPOSED] ORDER RE FILING OF THIRD AMENDED COMPLAINT

Dockets.Justia.com

1  Pursuant to Civil Local Rule 7-12, the parties hereby stipulate, by and through their
2  respective attorneys or record, as follows:

3

4  1. Plaintiff is granted leave to file a Third Amended Complaint on or before February 7,
5  2006;

6

7  2. Defendants shall file their answer to the Third Amended Complaint on or before
8  February 28, 2006; and

9

10  3. Plaintiff XL Dynamics, Inc. and Cross-Defendant Pavan Agarwal shall file their
11  responsive pleading(s) to Residential Funding Corporation's Cross-Complaint on or before March
12  16, 2006.

13

14  DATED: February 1, 2006.

15  REED SMITH LLP

16

17  By  /s/Jonah D. Mitchell
    Jonah D. Mitchell
18  Attorneys for Defendants GMAC-RFC Holding
    Corp. and Homecomings Financial Network, Inc.,
19  and Defendant/Counterclaimant Residential
    Funding Corporation

20  DATED: _____, 2006.

21  SPOLIN SILVERMAN & COHEN LLP

22

23  By_____
    Brian E. Shear
24  Attorneys for Plaintiff and Counterdefendant XL
    Dynamics, Inc. and Counterdefendant Pavan
25  Agarwal

26

27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: 2/6/06.

*[signature: Saundra B. Armstrong]*
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 06-00319 SBA — 2 — A:\Stip and PO Re Filing of 3rd Amd Complaint.doc 2/8/06 12:28 PM
STIPULATION AND [PROPOSED] ORDER RE FILING OF THIRD AMENDED COMPLAINT