MARK D. PETERSON   (SBN 126174)
CATES PETERSON LLP   (mpeterson@catespeterson.com)
2040 Main Street, 9th Floor
Irvine, California 92614
Telephone:  (949) 724-1180
Telecopy:   (949) 724-1190

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL DYNAMICS, INC., a California Corporation<br>**Plaintiff(s)**<br>v.<br>GMAC-RFC HOLDING CORP., a Michigan Corporation; HOMECOMINGS FINANCIAL NETWORK, INC., a California company; and RESIDENTIAL FUNDING CORPORATION<br>**Defendant(s)** | CASE NUMBER:<br>CV 06-00319 SBA<br><br>**SUBSTITUTION OF ATTORNEY** |

_____XL DYNAMICS, INC._____       ☒ **Plaintiff**   ☐ **Defendant**   ☒ **Other**   _____Cross-Defendant_____
*Name of Party*

hereby substitutes _____Mark D. Peterson – Cates Peterson LLP_____ who is

☒ **Retained Counsel**    ☐ **Court Appointed Counsel**    ☐ **Pro Per**    _____2040 Main Street 9th Floor_____

_____Irvine, CA 92614_____    _____(949) 724-1180_____    _____(949) 724-1190_____    _____126174_____
*City, State, Zip Code*           *Telephone Number*        *Facsimile Number*      *State Bar Number*

as attorney of record in the place and stead of _____Theodore J. Cohen, Brian E. Sheer – Spolin Silverman & Cohen LLP_____
**Present Attorney**

**Dated:** _____March 30, 2006_____          _____/S/_____
                                           **Signature of Party**
                                           XL Dynamics, Inc.
                                           Pavan Agarwal, President

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

**Dated:** _____March 30, 2006_____          _____/S/_____
                                           **Signature of Present Attorney**
                                           Theodore J. Cohen / Brian E. Shear

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

**Dated:** _____March 30, 2006_____          _____/S/_____
                                           **Signature of New Attorney**
                                           Mark D. Peterson

**Substitution of Attorney is hereby   x Approved    ☐ Denied**

**Dated: 4/5/06**                          *Sandra B. Armstrong* (signature)
                                           **United States District Judge**

**SUBSTITUTION OF ATTORNEY**