MARK D. PETERSON    (SBN 126174)
CATES PETERSON LLP   (mpeterson@catespeterson.com)
2040 Main Street, 9th Floor
Irvine, California 92614
Telephone:  (949) 724-1180
Telecopy:   (949) 724-1190

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

XL DYNAMICS, INC., a California
Corporation

**Plaintiff(s)**

v.

GMAC-RFC HOLDING CORP., a Michigan
Corporation; HOMECOMINGS FINANCIAL
NETWORK, INC., a California company; and
RESIDENTIAL FUNDING CORPORATION

**Defendant(s)**

CASE NUMBER:
CV 06-00319 SBA

**SUBSTITUTION OF ATTORNEY**

PAVAN AGARWAL         ☒ Plaintiff   ☐ Defendant ☒ Other_____ Cross-Defendant
*Name of Party*

hereby substitutes _____ Mark D. Peterson – Cates Peterson LLP _____ who is

☒ **Retained Counsel**   ☐ **Court Appointed Counsel**   ☐ **Pro Per**      2040 Main Street 9th Floor

Irvine, CA 92614              (949) 724-1180         (949) 724-1190          126174
*City, State, Zip Code*        *Telephone Number*      *Facsimile Number*      *State Bar Number*

as attorney of record in the place and stead of ___ Theodore J. Cohen, Brian E. Sheer – Spolin Silverman & Cohen LLP
*Present Attorney*

**Dated:** ____March 30, 2006____          _____/S/_____
                                            **Signature of Party**
                                            Pavan Agarwal

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

**Dated:** ____March 30, 2006____          _____/S/_____
                                            **Signature of Present Attorney**
                                            Theodore J. Cohen / Brian E. Shear

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

**Dated:** ____March 30, 2006____          _____/S/_____
                                            **Signature of New Attorney**
                                            Mark D. Peterson

**Substitution of Attorney is hereby    x  Approved    ☐ Denied**

**Dated:  4/5/06**          *Sandra B. Armstrong*
                            **United States District Judge**

**SUBSTITUTION OF ATTORNEY**