REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Jonah D. Mitchell (SBN 203511)
   Adaline J. Hilgard (SBN 173213)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922
   Telephone:    415.543.8700
4  Facsimile:    415.391.8269

5  Stuart A. Shanus (SBN 188046)
   Christine M. Reilly (SBN 226388)
6  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
7  Los Angeles, CA 90067-6078
   Telephone:    213.734.5200
8  Facsimile:    213.734.5299

9  Attorneys for Defendants GMAC-RFC Holding
   Corp. and Homecomings Financial Network,
10 Inc. and Defendant/Counterclaimant Residential
   Funding Corporation

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  XL DYNAMICS, INC., a California corporation, | No.: C 06-00319 SBA |
| 15                    Plaintiff, | **ORDER PURSUANT TO STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| 16         vs. | |
| 17  GMAC-RFC HOLDING CORP., a Michigan corporation; HOMECOMINGS FINANCIAL NETWORK, INC., a California company; RESIDENTIAL FUNDING CORPORATION; and DOES 1 through 20, inclusive, | Honorable Saundra Brown Armstrong |
| 19                    Defendant. | |
| 21  RESIDENTIAL FUNDING CORPORATION, a Delaware corporation, | |
| 22                    Counterclaimant, | |
| 23         vs. | |
| 24  XL DYNAMICS, INC., a California corporation; PAVAN AGARWAL, an individual; and ROES 1 through 20, inclusive, | |
| 26                    Counterdefendant. | |

27

28

**<u>STIPULATION</u>**

Subject to the approval of the Court by the entry of this order, all parties to this action,, by and through their undersigned counsel of record, hereby stipulate that this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs in connection with this action.

DATED:  October 9, 2006.

REED SMITH LLP

By  /s/Jonah D. Mitchell
       Jonah D. Mitchell
       Attorneys for Defendants GMAC-RFC Holding
       Corp. and Homecomings Financial Network, Inc.
       and Defendant/Counterclaimant Residential
       Funding Corporation

DATED:  October 9, 2006.

CATES PETERSON LLP

By  /s/ Mark D. Peterson
       Mark D. Peterson
       Attorneys for Plaintiff/Counterdefendant XL
       Dynamics, Inc. and Counterdefendant Pavan
       Agarwal

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 06-00319 SBA                   – 1 –                   DOCSSFO-12454833.1-JMITCHELL

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

1

**ORDER**

2

3     PURSUANT TO STIPULATION, IT IS SO ORDERED. This action and all claims and

4   counterclaims asserted within it are hereby dismissed with prejudice.

5

6     DATED:  10/11/ 2006.

7

8     _____

9     Saundra Brown Armstrong
      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware